UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

LEODORO URBINA,

       Plaintiff,                                  Case No. 1:08-cv-726

v.                                                    Hon. Janet T. Neff

GRAND RAPIDS POLICE, et al.,

       Defendants.

_____/

## JUDGMENT APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 21, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** for the reasons stated in the Report and Recommendation.

Dated: February 6, 2009                                    /s/Janet T. Neff
                                                                      JANET T. NEFF
                                                                       UNITED STATES DISTRICT JUDGE